Sadie Taormina, Appellant, v. Luigi Taormina, Respondent — Resettled order denying motion for temporary alimony and counsel fee reversed upon the law, with $10 costs and disbursements, and motion granted, with $10 costs, to the extent of allowing counsel fee in the sum of $250 and alimony of $100 a month. The papers submitted on the motion clearly show that plaintiff is entitled to counsel fee and alimony. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

Edwina S. Williams, as Executrix, etc., of Eliza M. Searles, Deceased, Appellant, v. William B. Mead, Respondent.*— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Rich, Young and Kapper, JJ., concur; Hagarty, J., dissents.

Abraham Yatwitsky, Respondent, v. Balkind Imperial Clothing Specialty Co., Inc., and Joseph L. Balkind, Appellants.— Order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

In the Matter of William V. Burke, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of William S. Butler, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Young, Kapper, Seeger, Carswell and Scudder, JJ.

In the Matter of Alexander Dolins, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of James P. Kohler, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present —Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of Paris Montrose, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of Samuel J. Orange, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of Milton Solomon, an Attorney — Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of Herbert N. Warbasse, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Application for a bill of particulars, if required, should be made to the official referee. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of Herbert N. Warbasse, an Attorney.— Motion for a bill of particulars denied. The application should be made to the official referee in accordance with the decision in *Matter of Warbasse* [*ante*, p. 820], decided herewith. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of Mortimer J. Wohl, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

George H. Diehl, Jr., Respondent, v. Bessie D. Batty, Appellant, and Others,

* Affd., 250 N. Y. 619.